## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEMUEL BLAND, *et al. individually, and on behalf of all others similarly situated,* | **ELECTRONICALLY FILED** |
| Plaintiffs, | |
| v. | Civil No. 2:15-cv-01042-AJS |
| PNC BANK, N.A., | **LEAD CASE** |
| Defendant. | |
| MARAT GOKHBERG, *et al.* | **ELECTRONICALLY FILED** |
| Plaintiffs, | |
| v. | |
| THE PNC FINANCIAL SERVICES GROUP, INC. *et al.,* | Civil No. 2:15-cv-01700-AJS **MEMBER CASE** |
| Defendants. | |

**SCHEDULING ORDER**

AND NOW, on this *17th* day of February, 2016, as discussed on the record during the status conference held by this Court on February 10, 2016, and upon agreement of all Parties, the Court sets the following schedule:

1.      On or before February 23, 2016, the *Bland* Plaintiffs shall provide a copy of their proposed amended complaint to Defendants and the *Gokhberg* Plaintiffs.

2.      On or before February 29, 2016, the *Bland* Plaintiffs shall file either a stipulation to amend their complaint or shall file a motion to amend the pleadings and attach thereto a copy of their proposed amended complaint.

3.      On or before March 11, 2016, the Parties shall jointly file a proposed jury verdict form addressing all material factual issues all Parties expect to present at trial. If the Parties cannot agree, they shall submit separate proposals.

4.      The Parties shall attend mediation before the Honorable Kenneth J. Benson on or before June 21, 2016.  The Parties shall advise the Court whether or not the mediation was successful within one week following the mediation.

5.      On or before August 1, 2016, in accordance with the requirements of Fed. R. Civ. P. 26, the Parties shall serve all affirmative expert report(s).

6.      On or before August 31, 2016, in accordance with the requirements of Fed. R. Civ. P. 26, the Parties shall serve all rebuttal expert report(s).  A rebuttal report may only be utilized to rebut affirmative expert testimony, and may not exceed the scope of the opposing party's affirmative expert report(s).

7.      All discovery must be completed by October 31, 2016.

8.      Motions for summary judgment, collective action decertification, and class action certification must be filed on or before October 28, 2016.

9.      Responses to any motions for summary judgment, collective action decertification, and class action certification must be filed on or before November 18, 2016.

10.     A trial is scheduled to begin on January 17, 2017.


**SO ORDERED:**

_____

The Honorable Arthur J. Schwab, USDJ


Dated: