IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEMUEL BLAND, ET AL.,

      Plaintiffs,                                15cv1042
                                             **LEAD CASE**
         v.                                **ELECTRONICALLY FILED**

PNC BANK, N.A.,

      Defendant.

---

MARAT GOKHBERG, ET AL.

      Plaintiffs,                                15cv1700
                                             **MEMBER CASE**
         v.                                **ELECTRONICALLY FILED**

THE PNC FINANCIAL SERVICES GROUP,
INC, ET AL.

      Defendants.

---

**HEARING MEMO – Status Conference**
Date hearing held:  4/25/16
Before Judge Arthur J. Schwab

| | |
|---|---|
| Counsel for Plaintiff | Justin Swidler |
| Counsel for Defendant | Sarah Bouchard and Christopher Ramsey |
| Court Reporter | Sandra Wenger |
| Law Clerk/Deputy Clerk | EET/LCK |
| Start time | 10:39 AM |
| End time | 11:00 AM |

**NOTED:**

The Court discusses the Proposed Verdict Form.   The Joint Proposed Verdict Form and Decision-Tree are due 5/13/16 at noon.   Plaintiff to file Revised Proposed Order for Doc. No. 148.

Case 2:15-cv-01042-AJS   Document 150   Filed 04/25/16   Page 2 of 2