IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEMUEL BLAND, *et al.*, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A.,<br><br>Defendant. | No. 2:15-cv-01042-AJS<br><br>LEAD CASE |
| MARAT GOKHBERG, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., *et al.*,<br><br>Defendant. | No. 2:15-cv-01700-AJS<br><br>MEMBER CASE |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
COLLECTIVE AND CLASS ACTION SETTLEMENT AND RELATED RELIEF**

Plaintiffs, by and through undersigned counsel, hereby seek an Order:

1. Granting final approval to the FLSA Collective Action and Rule 23 Class Action Settlement, filed with this Court at ECF Doc. No. 351-1, and ordering that all class members are subject to the release of claims set forth therein;

2. Ordering Defendant, pursuant to the Settlement Agreement, to wire $16,000,000 (Sixteen Million Dollars) plus Employer Payroll Taxes to the Claims Administrator no later than 30 days from the date of the Final Approval Order;

3. Ordering the Claims Administrator to distribute the Settlement Fund to all class members consistent with the Settlement Agreement, including the Service Awards contemplated for the Class Representatives;

4. Granting Class Counsel's request for reasonable attorneys' fees for $5,333,333 which shall be distributed to all Class Counsel Firms per their agreement;

5. Granting Class Counsel's request for reimbursement for its out-of-pocket litigation costs, totaling $199,055.97;

6. Granting the Claims Administrator its reasonable fees and costs incurred in administering the settlement; and

7. Dismissing this matter with prejudice without costs or fees to either side, except as provided in the Settlement Agreement and the Court's Order.

Respectfully Submitted,

*/s/Justin L. Swidler*
Justin L. Swidler, Esq.
Richard S. Swartz, Esq.
Joshua S. Boyette, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Highway N, Ste. 402
Cherry Hill, NJ 08034

Robert D. Soloff, Esq.
**ROBERT D. SOLOFF, P.A.**
7805 SW 7th Court
Plantation, Florida  33324

Marc A. Silverman, Esq.
**FRANK WEINBERG BLACK, P.A.**
7805 SW 7th Court
Plantation, Florida  33324

*For New York Named Plaintiffs and New York Class Members only*

Molly A. Elkin, Esq.
**WOODLEY & McGILLIVARY LLP**
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC  20005

Hope Pordy, Esq.
**SPIVAK LIPTON LLP**
1700 Broadway
Suite 2100
New York, NY 10019

March 31, 2017