IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEMUEL BLAND, *et al.*, *individually, and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> PNC BANK, N.A., <br><br> Defendant. | No. 2:15-cv-01042-AJS <br><br> LEAD CASE |
| MARAT GOKHBERG, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> THE PNC FINANCIAL SERVICES GROUP, INC., *et al.*, <br><br> Defendant. | No. 2:15-cv-01700-AJS <br><br> MEMBER CASE |

**ORDER GRANTING FINAL APPROVAL OF
COLLECTIVE AND CLASS ACTION SETTLEMENT AND RELATED RELIEF**

AND NOW, on this 11th day of April, 2017, upon consideration of Plaintiffs' Unopposed Motion for Final Approval of Collective and Class Action Settlement, and following the Final Approval Hearing held by this Court on April 6, 2017, where no class members objected to the class settlement, requested attorneys' fees, costs, administrative costs, or service payments, this Court, for good cause shown, FINDS:

1. The Settlement Notice was in compliance with law, including due process and the Federal Rules of Civil Procedure;

2. The class settlement is fair, reasonable, and adequate;

1

3. The settlement resolves a bona fide dispute under the Fair Labor Standards Act (FLSA) and the state laws of Pennsylvania, New Jersey, Ohio, California, Maryland, Kentucky, Missouri, Illinois, Indiana, Washington, New Jersey, and New York;

4. The distribution of unclaimed funds is appropriate; the Parties have agreed, and the Court finds fair and appropriate, that any unclaimed funds remaining in the Settlement Fund after the final distributions and accounting by the Claims Administrator to be donated to the National Multiple Sclerosis Society.

5. The requested attorneys' fees and expenses are fair and reasonable;

6. The Service Awards of $10,000 each, totaling $210,000.00 to the Named Plaintiffs, Lemuel Bland, Scott Rubin, Jason Galasso, Mariano Santoloci, Kirk Fyson, John Sousa, Gregory Zaccagni, Eugene Eacret, Jr., Dan Bernard Lindeman, III, David Groothuis, James Grasso, Bianca D'Alessio, Patricia Cates, Joan Malfatti, Patrick Kernick, Denise Longo, Yury Gokhberg, Marat Gokhberg, David Jaffe, Surekha Bassi, and Marc Franchi, are fair and reasonable; and

7. Angeion Group, LLC is qualified to act as the Claims Administrator.

Based on the Court's findings, as explained in detail on the record during the April 6, 2017 Final Approval Hearing, and for good cause shown, the Court ORDERS:

1. The FLSA Collective Action and Rule 23 Class Action Settlement, filed with this Court at ECF Doc. No. 351-1 ("Settlement Agreement"), is granted final approval. Any Eligible Settlement Class Member who did not opt out is subject to the release of claims set forth in Section 4.1 of the Settlement Agreement;

2. Defendant, pursuant to the Settlement Agreement, shall wire $16,000,000.00 (Sixteen Million Dollars) to the Claims Administrator no later than 30 days from the date of this Order;

3. Defendant shall pay all Employer Payroll taxes due as a consequence of the payments made pursuant to the Settlement Agreement;

4. Defendant shall implement all policy changes as provided in the terms of the Settlement Agreement;

5. Angeion Group is appointed as the Claims Administrator to distribute all payments to be made pursuant to the Settlement Agreement. Angeion Group shall distribute the Settlement Fund to all class members consistent with the Settlement Agreement, including the Service Awards contemplated for the Class Representatives and the attorneys' fees and expenses as approved by the Court;

6. Angeion Group shall donate any unclaimed funds, following final distributions and accounting, to the National Multiple Sclerosis Society;

7. The Service Payments to the Named Plaintiffs are approved. Named Plaintiffs, Lemuel Bland, Scott Rubin, Jason Galasso, Mariano Santoloci, Kirk Fyson, John Sousa, Gregory Zaccagni, Eugene Eacret, Jr., Dan Bernard Lindeman, III, David Groothuis, James Grasso, Bianca D'Alessio, Patricia Cates, Joan Malfatti, Patrick Kernick, Denise Longo, Yury Gokhberg, Marat Gokhberg, David Jaffe, Surekha Bassi, and Marc Franchi are awarded $10,000.00 each as payments for services they performed for the class;

3

8. Class Counsel's request for their reasonable attorneys' fees of $5,333,333.00 which is one-third of the Settlement Fund, is GRANTED. The attorneys' fees shall be distributed by Angeion Group to all Class Counsel Firms per their agreement;

9. Class Counsel's request for reimbursement of their reasonable litigation expenses, totaling $199,055.97, is approved, and shall be distributed to the Firm which incurred such costs by Angeion Group.

10. Angeion Group shall be paid its reasonable fees and costs incurred in administering the settlement from the Settlement Fund;

11. This matter is dismissed with prejudice without costs or fees to either side, except as provided in the Settlement Agreement and the Court's Order; and

12. This Court retains jurisdiction over this matter to ensure compliance with the Settlement Agreement.

BY THE COURT:

*[signature]*

The Honorable Arthur J. Schwab, USDJ

Copies to:

All counsel of record